IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| RYAN PATRICK JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 5:13cv66 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ryan Patrick Johnson, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The Court previously referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636.

Petitioner has filed a motion seeking a default judgment. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Petitioner's motion for default judgment is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 6th day of August, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE